

Pillsbury Winthrop Shaw Pittman LLP
2300 N Street, NW | Washington, DC  20037-1122 | tel 202.663.8000 | fax 202.663.8007

William M. Sullivan, Jr.
tel 202.663.8027
william.sullivan@pillsburylaw.com

June 20, 2013

Honorable Robert L. Wilkins
United States District Judge
United States District Court
  for the District of Columbia
333 Constitution Avenue N.W.
Washington, D.C. 20001

**Re:  United States v. Bloch, Crim. No. 1:13-cr-00005-RLW**

Dear Judge Wilkins:

We have received additional letters of support for Mr. Bloch, which are enclosed
herein.

Sincerely,

William M. Sullivan, Jr.

Enclosures

# ENCLOSURES

Date 20 May 2013

To Honorable Judge Robert Wilkins:

My name is Dean Capazorio , I am a South African citizen living in 22 Alarm Road Germiston Gauteng
South Africa.

Mr. Scott Bloch is my legal council of record and has been representing me in the Defense Base Act
claim since I was sent home from Baghdad Iraq, on 01/31/2011 where I worked as a personal security
detail officer for DynCorp International.

Since my return home I have been diagnosed with Post Traumatic Stress Disorder and hearing loss.

Mr. Scott Bloch as been extremely helpful in assisting me to obtain medical treatment for my injuries,
benefits and medical reimbursements in a timely manner. He is always available to assist me no with
any situation no matter the time or place.

Mr. Scott Bloch is a professional individual who always has his client's best interests at heart.   I will
recommend his services to anyone who seeks to obtain fair assistance in the justice system.   I would not
want to lose his services in my case now due to how the insurance company will treat me in cutting off
benefits. I hope you will take this into account.

Dean Capazorio



21 May 2013

To the Honorable Judge Robert Wilkins

My name is Coenradt Theunnissen, I worked in Iraq from 2004 up until 2005, when I sustained numerous severe life threatening injuries to my person.

I was sent home for emergency medical treatment in my country of residence, South Africa. Upon my return I received very little, and sometimes no assistance from the medical case managers and insurance carrier appointed to handle my claims.

I had to make my own Dr's appointments and pay for all treatments from my own pocket, I struggled to get reimbursements. My benefits were never paid on time. I received no feedback or updates from either the medical case managers or the insurance carriers when inquiring about the status of my claims.

I was sent from pillar to post for seven years, during this time the lack of assistance caused me great financial and psychological harm. Only after appointing Mr. Scott Bloch as my legal council did my claims start to fall into place and I started receiving the assistance I needed.

Mr. Scott Bloch went above and beyond to bring me the assistance, justice and finalization I needed, in order to move forward with my life.

He fought on each and every legal level to bring my case into perspective, for all parties involved. The insurance carriers and medical case managers seemed at a loss on a regular basis, never had any of the information I provided them during my battle of seven years, Mr. Bloch took charge and was a force to be reckoned with, he ensured that I received everything I was entitled to.

Mr. Scott Bloch spent countless hours fighting on my behalf, and in the end I could relax as I knew I was in the best legal hands in the entire United States.

Mr. Bloch is honorable, loyal, hardworking, trustworthy and one of the most superior legal minds in the legal world. I have gotten to know him on his two visits over to our beautiful country, and I have a good sense of him as a man.

Without the assistance and intervention from Mr. Bloch I would still be fighting an endless battle against the forces of the insurance world, whom never care to take the time to truly assist the injured in the manner they are entitled to under the Defense Base Act law.

I highly recommend the services of Mr. Bloch, you will not spend one day in doubt of his loyalty to bring your claims to finalization in a timely manner, you will be able to rest assured that in his hands you are safer than Fort Knox itself.

I know that he has some troubles there coming from his time in service to the government. I just want you to take into account how much his help has meant to me, how positive he has been as a force for good since his time in the United States government, and to take into account the others in South Africa

Africa who are still depending on him and the loss of his services and presence would greatly increase the suffering people have had to endure.

Respectfully,

Coenradt Theunissen

18 May 2013

Dear Honorable Judge Wilkins:

I the undersigned Johann Steenberg residing at 17 Keurboom Street Wilropark Roodepoort South Africa declare as follows:

I am of sound mind, I have not been coerced by anyone to make this statement and this statement is not made under duress.

Mr. Scott Bloch has represented me and many persons I count as friends for the past several years. He has been over to South Africa twice to help others who have been abandoned by large American Contracting companies and the insurance companies who are supposed to provide medical benefits and disability compensation to those who can no longer work and support their families.

Mr. Bloch has been serving us and many others around the globe who have suffered greatly. It is hard in this kind of letter to explain the level of suffering of persons and their families who have been killed, or lost their limbs, and also had brain injuries, PTSD, and every other kind of condition from work in Iraq and Afghanistan protecting the U.S. Military personnel and large contractor VIPs. Mr. Bloch has shown immense compassion, intelligence, and diligence in applying himself to remedying our problems, in protecting widows and children, to getting companies to do the right thing who were literally torturing many of us who laid our lives down to work for America in Iraq and Afghanistan.

Nobody we know worked as hard or is as deserving or your leniency as Mr. Bloch. I have served in the military and in industry, and Mr. Bloch is a rare person whom I consider not only a professional , but a friend and as someone I bring many others to for help.

When I first met Mr. Bloch in London prior to my deposition in 2010, I asked him about his service in the Bush Administration and his troubles coming out of it. He was honest with me. He told me everything. I can tell you, I think he is an honorable man who got in trouble and instead of licking his wounds, has spent his time since his time in government service doing good for others. It is not always comfortable. I can tell you, sir, that many of us suffer from conditions that make us angry and unable to control our emotions. Mr. Bloch is patient with us and determined to get what we are entitled to. He has brought class actions on our behalf as well to try to remedy a system wide abuse of people. I know he has expended countless hours on matters that may never come back to him in the form of money. But what he cares about – and I cannot emphasize this enough – is justice. He is eloquent in speaking on this, and has told us in many settings that we are important because we are standing up for principles, and he is proud to stand with us.

Now I am proud to stand with him. I am asking you to take all of this into account. There are hundreds depending on him. If you were to impose a jail sentence on him it would be a real blow to us, and to many others around the world who are hoping to get some measure of justice, who are looking to America for some recompense for what we went through and then were cast aside by these companies

and their insurance carriers. If you take away Mr. Bloch from us, there will be many repercussions that you cannot foresee, loss of ground in the fight that I have joined with Mr. Bloch in prosecuting.

Should the court in the United States decide to impose a jail sentence/ imprisonment on my attorney of record Mr. Scott Bloch, I propose and offer the following:

I the undersigned Johann Steenberg will fly to the United States of America at my own expense, I will report in person to the court and hand in my South African passport and my valid American Visa and offer myself to do the said imprisonment on behalf of Mr. Scott Bloch. I know this sounds odd. I am only saying it because I am prepared to do that. That is how strongly I feel about my belief that Mr. Bloch should not be taken out of service to others.

Trusting you find the above in order and acceptable.

Johann Steenberg

+27 11764 2434

+27 83 577 7414

johann_steenberg@yahoo.com

Date: 20 May 2013
To the Honorable Judge Robert Wilkins

My name is Leon Botha, I am a 39 year old white South African male residing at 5 Akkersig
Berg en Dal Estate, Krugersdorp, Gauteng, South Africa .

I worked in Iraq from 2004 till 2010 for DynCorp International I was sent home for a bleeding
ulcer and told to seek medical attention in my country of residence.

I have since my return also been diagnosed with Post Traumatic Stress Disorder. The medical
case manager companies and insurance carriers did not assist me with anything. Much harm has
been done to me because of the system and the lack of any aggressive watchdog in the system
Since hiring Mr. Scott Bloch as my legal council I have received the necessary treatment,
benefits and medical reimbursements and I 've been able to concentrate on getting better .

I have found Mr. Bloch to be an extremely hard worker, thorough and most importantly an
ethical attorney who not only knows the law but practices it at the highest level.

When Mr. Scott Bloch says he is doing something he does it to the max. He 100 % and
completely represents his clients and is not satisfied until their needs and wishes are met.

He is thorough, detailed, oriented and constantly seeking justice for his clients, he simply does
not rest until he finds a solution to your legal battle.

I also want to express my gratitude towards all his staff, he has a wonderful team working for
him, very professional , very human too and they all display a high level of moral values,
inclusive of Mr. Scott Bloch. Together they make the process bearable for the clients.

Someone once said that great and kind people don't exist anymore. But, I guess Mr. Bloch's
name was left out when that statement was being made. Words cannot express the gratitude my
family and I have for Mr. Bloch's phenomenal service.

Mr. Bloch is truly one of a kind. He is the type of person that will smile and say "I just did my
job" but he has done more than his job, he went out on a limb.

He tries every possible legal way there is to bring justice for his clients, he fights a fight all the
way to the end and never gives up.

Anyone can be called a lawyer, but not every one can be called a great one, and that is exactly
what Mr. Bloch is.

Mr. Bloch congratulations for always fighting for justice on my behalf, you have and I believe
will continue to do a excellent job, and my immense gratitude from the bottom of my heart, may
God bless you and everybody that works with you

Leon Botha

I authorize Mr Scott to publish my name and my case to benefit anybody that has legal problems
such as myself, you will without a doubt gain the justice you need.

To the Honorable Judge Robert Wilkins

My name is Stephan Brink, I am a 38 year old white South African male residing in 23 Patrick Street Kenmare, Krugersdorp, Gauteng, South Africa.

I worked in Iraq from 2004 till 2009, I returned to my country of residence and was declared medically unfit for duty. The diagnosis: Post Traumatic Stress Disorder.

Due to the Post Traumatic Stress Disorder I am not able to obtain employment making it impossible for me to take care of my wife and two children whom are dependant on me.

My legal council Mr. Scott J. Bloch in currently representing me in a Defense Base Act claim, the process has reached the point of finalization, and thus I am not able to switch over to new legal council and I am dependant on Mr. Bloch to bring my claim to full and final settlement.

In the instance of Mr. Bloch not being able to proceed with my case I stand the chance to restart the lengthy process of brining my claim to completion, this is something I cannot afford.

Mr. Bloch is an honest, hardworking and extremely supportive legal council. He aims to always go further with any situation to ensure that his clients gain justice.

Without the support of Mr. Bloch my claim would never have reached the point it has.

I would highly recommend Mr. Bloch's services to anyone who seeks justice in the legal system.

Stephan Brink

19 May 2013

Marcie Hascall Clark
406 Sandpiper Drive
Satellite Beach, FL 32937
321 779 6799

Judge Robert L. Wilkins
U. S. District Court
for the District of Columbia
333 Constitution Ave., N.W.
Washington, DC 20001

Re:  Scott J Bloch

I have been working as an advocate for Defense Base Act Claimants since my husband was blown up in
Iraq in July of 2003 while overseeing a humanitarian ordnance disposal program for the US State Dept.
My husband had been doing this work in Post War countries for many years and could in no way be
classified as a mercenary.

As a civilian in very critical condition he was forwarded by the military to Landstuhl.  Once there he was
abandoned by the State Department, their contractor, and their insurance company.  That was the
beginning of what has proven to be a decade long daily battle for the medical care that the US Taxpayer
paid premiums to provide him and others under the Defense Base Act.

Mr. Bloch has become our only voice in this ongoing battle.  Not only does Mr. Bloch continue to fight
on my husband's behalf despite being denied payment for his services, he has become the voice for
hundreds of injured civilian contractors and their families.

I have been working with Mr. Bloch for four years now.  I have asked him to take on many cases which
were horribly botched by other attorneys leaving their clients destitute and in dire need of medical care.
While the chances of being paid for his services in these cases is highly questionable he takes them and
gives them the effort the injured and widowed deserve.

When our cause, our blogs and websites, were being threatened and effectively "chilled" Mr. Bloch
donated his time to research and advise me of our rights.

Mr. Bloch is currently working with several whistleblowers that I am aware of.  The Civilian Contractor
Companies involved need to have their illegal and corrupt practices exposed.

Mr Bloch has been honest with me from beginning regarding his legal situation.  It is difficult for me to
believe he ever did anything that could qualify for even the level of punishment he has already endured.
No other attorney that I have worked with on behalf of Injured Contractors has handled himself as
honestly and with the integrity that Mr. Bloch does.

I would ask you to please allow Mr. Bloch and his family to move forward with their lives and
consequently remain in a position to continue to assist those of us who truly need his services.

Sincerely,

Marcie Hascall Clark



**SIELKUNDIGE (OPV) / PSYCHOLOGIST (EDUC)**
TTDSpeech&Drama, B.A. (Unisa), B.Ed (RAU), M.Ed (RAU), D.Ed (RAU)
PR No 8615284 / PS No 0025992

Tel:  2711 787 3996 / 0102119024
Fax:  2711 787 7027 / 086-580-3497
Web: www.drcecile.co.za
E-mail: info@drcecile.co.za

P O Box 6258
CRESTA
2118
**14 The Marriots**
**363 Elgin Road**
**Ferndale, Randburg**

---

*Dr Cecile is currently the president of the SOUTH AFRICAN SOCIETY OF CLINICAL HYPNOSIS (SASCH)*

27 May 2013

TO WHOM IT MAY CONCERN:

**Mr Scott Bloch**

I first came into contact with Scott Bloch via some of the CNA claimants, as he is their preferred lawyer and I am their preferred psychologist.

Scott has a very thorough knowledge of American law and he deals with his clients in an extremely sympathetic and understanding manner. He will therefore always put their interests first even if it means he has to work longer on a case than planned – his clients come first with him.

As a psychologist who has worked on many cases and with many lawyers before, I have found many of them to assume knowledge of my field and therefore put words in my mouth, or make completely incorrect assumptions on my behalf. This is not the case with Scott. He always accepts my professional view on cases and defers psychological matters to me.

I first met Scott at the disposition in September 2012, where the views I had formed of him via email contact were all confirmed.

I can fully recommend Scott, as he is one of the best lawyers I've ever had the pleasure of working with.


Thank you

DR CECILE GERICKE